# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Deerwood Dental, P.A., d/b/a The Smile Center; Dental Services, P.A., d/b/a The Smile Center; Dental Delivery System, P.A., d/b/a The Smile Center; and Dental Delivery Systems St. Paul, d/b/a The Smile Center, | Civil No. 09-1109 (RHK/RLE) **ORDER** |

Plaintiffs,

vs.

Minnesota Department of Human Services; Cal Ludeman, in his capacity as Commissioner of the Minnesota Department of Human Services; Anne Barry, individually; Christine Reisdorf, individually; and Mary Morales, individually,

Defendants.

Pursuant to the parties' Stipulation for Dismissal, **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Dated: May 18, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge